■ The People of the State of New York, Respondent, v James Smith, Appellant. [614 NYS2d 270] —Appeal by the defendant from a judgment of the County Court, Westchester County (Murphy, J.), rendered July 7, 1993, convicting him of criminal sale of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Balletta, O'Brien, Hart and Florio, JJ., concur.

■ The People of the State of New York, Respondent, v Kenneth Smith, Appellant. [614 NYS2d 271] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Adler, J.), rendered January 10, 1979.

Ordered that the judgment is affirmed *(see, People v Harris,* 61 NY2d 9). Mangano, P. J., Balletta, O'Brien, Hart and Florio, JJ., concur.